**EXHIBIT 1**
**Violations of NPDES Construction Stormwater Permits**

| Dominion Site | Permit Number | Violation Description |
|---|---|---|
| Bremo Pond Closure | VAR-10H875 | VADEQ inspection report dated 4/4/16 identifies deficiencies with the operation and/or maintenance of BMPs. |
| Louisa Solar | VAR-10I424 | VADEQ inspection reports dated 9/27/16 and 10/6/16 identify deficiencies with the operation and/or maintenance of BMPs. |
| Liberty Station | VAR-108818 | EPA report dated 6/14/16 identifies deficiencies with the operation and/or maintenance of BMPs and with the corrective action implementation. |
| Scott Solar | VAR-10I027 | VADEQ inspection reports dated 8/11/16 and 9/29/16 and 12/12/16 identify deficiencies with the operation and/or maintenance of BMPs and with the SWPP. |
| Brunswick Power Station | VAR100578 | Dominion self-inspection reports pertaining to "Location A" identify deficiencies with the operation and/or maintenance of BMPs and with the corrective action implementation from 1/6/14-5/12/15. |
| Brunswick Power Station | VAR100578 | Dominion self-inspection reports pertaining to "Location B" identify deficiencies with the operation and/or maintenance of BMPs and with the corrective action implementation from 1/6/14-12/29/14. |
| Brunswick Power Station | VAR100578 | Dominion self-inspection reports pertaining to "Location C" identify deficiencies with the operation and/or maintenance of BMPs and with the corrective action implementation from 8/29/14-4/10/15. |
| Hollymead | VAR-100076 | From July through September of 2014, inspection reports show multiple Corrective Actions that are not timely implemented, BMP compliance concerns and that the site is not in compliance with the SWPPP. |