**EXHIBIT 2**
**Violations of NPDES Permit Effluent Limitations**

| Dominion Site | Permit Number | Violation Description | Date | Limit | Result |
|---|---|---|---|---|---|
| Chesapeake Energy Center | VA0004081 | Effluent Violation – Total Suspended Solids Outfall 002 | 04/06/2016 | 50 mg/l | 56 mg/l |
| Chesterfield Power Station | VAG830470 | Effluent Violation – Total Petroleum Hydrocarbons Outfall 001 | 04/07/2015 | 15 mg/l | 60 mg/l |
| Chesterfield Power Station | VA0004146 | Permit Limit-Total Recoverable Selenium-Quantification Level | 03/10/2017 | | |
| Clover Power Station | VA0083097 | Effluent Violation – Total Recoverable Manganese Outfall 009 | 12/12/2013 | 50 ug/l | 59.65 ug/l |
| Clover Power Station | VA0083097 | Effluent Violation – Total Suspended Solids Outfall 002 | 3/31/2014 | 50 mg/l | 176.5 mg/l |
| Mt. Storm Power Station | WV0005525 | Effluent Violation – Total Ammonia Nitrogen Outfall 421 | 3/23/2016 | 15 mg/l | 24.5 mg/l |
| Mt. Storm Power Station | WV0005525 | Effluent Violation – Total Ammonia Nitrogen Outfall 421 | 3/23/2016 | 30 mg/l | 36.1 mg/l |
| Altavista Power Station | VA0083402 | Effluent Violation – pH Outfall 001 | 3/10/2016 | 9.0 | 9.73 |