**EXHIBIT 3**
**Violation of NPDES Permit Notice Condition**

| Dominion Site | Permit Number | Violation Description |
|---|---|---|
| Possum Point Power Station | VA0002071 | Failure to notify prior to initiating permitted dewatering of Pond E-discharges from Pond E were permitted but Dominion failed to properly provide advance notice to VADEQ prior to the March 25, 2015 through April 28, 2015 dewatering activities intended to remove stored water from coal ash pond E to facilitate it eventual closure, as required by Part II(J) of the 2013 Possum Point NPDES Permit |