**EXHIBIT 4**
**Violation of NPDES Permit Discharge Prohibition**

| Dominion Site | Permit Number | Violation Description |
|---|---|---|
| Possum Point Power Station | VA0002071 | Unpermitted/Unauthorized discharges from Pond C through point source from at least March 2014 through May 2015 |
| Chesterfield Power Station | VA0004146 | On or about July 5, 2017, Defendant experienced an unpermitted discharge of an estimated 277,000 gallons of liquid from the Coal Pile Runoff Pond, which consisted of stormwater overflow comingled with coal fines. |
| Clover Power Station | VA0083097 | Unpermitted discharge of stormwater comingled with coal fines from coal pile/limestone runoff basin, May 19, 2018. |
| Bath County Power station | VA0053317 | Unpermitted discharge of an estimated 3 gallons of hydraulic oil on August 15, 2016. |
| Chesterfield Power Station | VA0004146 | Unpermitted discharge of approximately 5 gallons of hydraulic fluid on January 5, 2018. |
| Chesterfield Power Station | VA0004146 | Unpermitted discharge of turbine lube oil as observed on October 25, 26 and November 1, 2017. |
| Chesterfield Power Station | VA0004146 | Unpermitted discharge of stormwater comingled with coal fines from Coal Pile Runoff Pond, September 28 and 29, 2016. |
| Chesterfield Power Station | VA0004146 VWP10-1787 | Unauthorized discharges of sediment from construction activities during August 2017. |