# EXHIBIT 5
## VADEQ Only SWCL Violations

| Dominion Site | Statutory Provision | Violation Description | Receiving Water |
|---|---|---|---|
| Chesterfield Power Station | Va. Code § 62.1-44.5 | Groundwater seepage daylighting along the James River shoreline which originated from the coal pile area, first identified on July 21, 2017. | James River |
| Chesterfield Power Station | Va. Code § 62.1-44.5 | Groundwater seepage daylighting along the James River shoreline which originated from the coal ash impoundment, first reported on May 11, 2018. | James River |