## EXHIBIT 6
## Federal Only EPCRA and CERCLA Violations

Mt. Storm CERCLA/EPCRA

| **March 15, 2017 Mt. Storm Power Station Release of Ammonia** | |
|---|---|
| CERCLA 103 | Failure to immediately notify NRC of Release |
| EPCRA 304(a) | Failure to immediately notify SERC of Release |
| EPCRA 304(a) | Failure to immediately notify LEPC of Release |

Bellemeade Power Station CERCLA/EPCRA

| **November 26, 2015 Bellemeade Power Station Release of Ammonia** | |
|---|---|
| CERCLA 103 | Failure to immediately notify NRC of Release |
| EPCRA 304(a) | Failure to immediately notify SERC of Release |
| EPCRA 304(a) | Failure to immediately notify LEPC of Release |